UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO.: 5:08-CR-00064-1FL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **ORDER OF ABATEMENT** |
| | ) | |
| **REGINALD MCCLOVER** | ) | |

    This cause came on for judgment upon Plea Agreement to which the defendant entered a plea of guilty on May 6, 2008, and the judgment of the undersigned United States District Judge, upon three counts, ordered the defendant to the custody of the Bureau of Prisons for 60 months, imposed a special assessment of $300.00, and ordered restitution of $49,584.15. It was further adjudged that upon release from confinement, the defendant be placed on supervised release for a term of 5 years under the general conditions as recorded in the clerk's office and as special conditions that he pay the assessment and restitution.

    It now appears that Reginald McClover died on or about May 25, 2012, at which time he owed a balance of $45,106.15 for restitution.

    THEREFORE, the court does find and conclude that said special assessment and judgment did abate with the death of said fined debtor whose estate cannot be charged therewith. The order of restitution stands and may be pursued through the defendant's estate.

This the 25th day of June, 2013.

_____
Louise W. Flanagan
United States District Judge